# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Eifert, Cheryl A. | District Court - West Virginia | 04/28/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Sidney L. Christie Federal Building
845 Fifth Avenue, Room 109
Huntington, West Virginia 25701

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 04/28/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Offutt, Nord & Butchett, PLLC ( Member, Self-Employed Attorney) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Offutt, Nord and Burchett, PLLC Retirement Plan | 401(k) loan scured by vested interest | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 04/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fifth Third Bank Accounts | A | Interest | L | T | | | | | |
| 2. Chase Bank Account | A | Interest | J | T | | | | | |
| 3. BB&T Bank Account | A | Interest | J | T | | | | | |
| 4. Northwestern Mutual Life - 6 Whole Life Policies | E | Dividend | N | T | | | | | |
| 5. WV Smart 529 Plan #1- 14 to 15 Age Based Strategy | | None | | | Sold | 07/05/13 | L | | |
| 6. WV Smart 529 Plan #1- 16 to 17 Age Based Strategy | | None | L | T | Buy | 07/05/13 | L | | |
| 7. WV Smart 529 Plan #2 - 9 to 13 Age BAsedStrategy | | None | K | T | Buy (add'l) | 06/04/13 | J | | |
| 8. Land, Calhoun Cty., WV - 202 acres (33.3% interest) | | None | L | W | | | | | |
| 9. Mineral Rights, Calhoun Cty., WV | A | Royalty | J | W | | | | | |
| 10. New York Life Mainstay Fixed Deferred Annuity Contract | | None | K | T | | | | | |
| 11. Offutt, Nord & Burchett, PLLC Retirement Plan #1 | | | | | | | | | |
| 12. - ING Fixed Acct. | | None | | | Redeemed | 03/18/13 | L | | |
| 13. - ING Pimco Total Return Portfolio 1 | | None | J | T | | | | | |
| 14. - ING Solution Income Portfolio Adv.(X) | | None | J | T | | | | | |
| 15. - ING Solution 2055 Portfolio Adv. | | None | K | T | | | | | |
| 16. - Pioneer Fund Class R | | None | | | Redeemed | 04/15/13 | J | | |
| 17. - American Funds Income Fund R3 | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 04/28/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Vanguard VIF Diversified Value Portfolio | | None | K | T | | | | | |
| 19.  - ING Russell Lrg Cap Index Port 1 | | None | J | T | Buy | 04/15/13 | J | | |
| 20.  - American Funds Frowth Fnd R3 | | None | K | T | | | | | |
| 21.  - Wanger Select | | None | J | T | | | | | |
| 22.  - American Funds Europacific R3 | | None | J | T | | | | | |
| 23.  Northwestern Mutual Variable Annuity | | | | | | | | | |
| 24.  - Equity Income (MSA/T Rowe Price) B | | Royalty | J | T | | | | | |
| 25.  - Index 500 Stock (MSA) B | | None | J | T | | | | | |
| 26.  - Mid-Cap Value (MSA/American Century) B | | None | J | T | | | | | |
| 27.  -Small Cap Value (MSA/Franklin Tmp) B | | None | J | T | | | | | |
| 28.  - International Equity (MSA/ Franklin Tmpl) | | None | J | T | | | | | |
| 29.  - Seclect Bond (MSA) B | | None | L | T | | | | | |
| 30.  - Russell Core Bond - B | | None | K | T | | | | | |
| 31.  - HIgh Yield Bond (MSA) B | | None | J | T | | | | | |
| 32.  Northwestern Mutual Annuity Rollover IRA | | None | N | T | | | | | |
| 33.  First-Citizens National Bank - Inherited IRA | A | Interest | | | Distributed | 05/20/13 | J | | |
| 34.  NML Fixed Retirement Annuity - Rollover IRA | | None | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 04/28/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 4 - Premiums paid for 2013 equal $27,479; policy CSV reported net of policy loan of $91,476

Part VII, Line 8 - The ownership interest was previously listed as 50% in error. It should have been 33.3%. The estimated value has always been properly reported.

Part VII, Lines 11-22 - Because 401-k deferrals and employer matches were deposited monthly, amounts were invested in these securities each month.

Part VII, Lines 11-22 - A portion of each fund was redeemed on 04/25/13 to fund a loan to the participant secured by the vested interest in the plan.

Part VII, Lines 5-7 - Additional 529 Plan contributions were made to each plan at different times during the year.

Part VII, LIne 9 - Royalties received from the DD Oil Company and from Offutt #2

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 04/28/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cheryl A. Eifert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544